1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOLA KASALI,

           Petitioner,

    v.

T. JUSINO,

           Respondent.

Case No.  23-cv-03444-HSG

**ORDER OF DISMISSAL**

On July 11, 2023, the Court docketed a handwritten letter from Petitioner wherein she stated that she wanted to file a 28 U.S.C. § 2241 writ against Federal Correctional Institution – Dublin warden T. Jusino.  Dkt. No. 1.  The Court opened a habeas action based on this filing. That same day, the Court sent Petitioner deficiency notices, instructing Petitioner that she was required to (1) file her petition on the proper case-initiating form, namely a petition for a writ of habeas corpus form, and (2) either pay the $5 filing fee or file an application for leave to proceed *in forma pauperis*.  Dkt. Nos. 2, 4.  Petitioner was also informed that a failure to respond by August 8, 2023, would result in the action being dismissed, the file closed, and the filing fee due immediately.  *Id.*  The Court sent Petitioner a blank petition form and a blank *in forma pauperis* application form.  *Id.*

The deadline has passed to file (1) a habeas petition on the proper form and (2) either pay the filing fee or file an application for leave to proceed *in forma pauperis*.  Petitioner has not filed the required documents or otherwise communicated with the Court.  This action cannot proceed without a signed petition on the proper form, and either the filing fee or an application to proceed *in forma pauperis*.  Accordingly, this action is DISMISSED for failure to meet these filing requirements.  The dismissal is without prejudice to Petitioner filing a motion to reopen the action.

Any motion to reopen must be accompanied by a signed petition on the proper form and either the filing fee or an application to proceed *in forma pauperis*.

The Clerk shall enter judgment in favor of Respondent and against Petitioner, terminate all pending motions as moot, and close the case.

**IT IS SO ORDERED.**

Dated:   9/6/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2