UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LOLA KASALI, | Case No. 23-cv-03444-HSG |
|---|---|
| Petitioner, | **JUDGMENT** |
| v. | |
| T. JUSINO, | |
| Respondent. | |

The Court has DISMISSED this action without prejudice. The Clerk shall enter judgment in favor of Respondent and against Petitioner, terminate all pending motions, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  9/6/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge